IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEIRS OF TIMETEO KEAWE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EDMUND OLSON TRUST II, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | Civ. No. 11-00396 ACK-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATIONS

On July 13, 2011, the magistrate judge's "Findings and Recommendation That Plaintiff's Application to Proceed Without Prepayment of Fees Be Denied," which related to Plaintiff Han Kamakani Phua's in forma pauperis ("IFP") application, were filed and served on all parties. Doc. No. 6 ("7/13/11 F&R"). On July 26, 2011, the magistrate judge's "Findings and Recommendation That Plaintiff's Application to Proceed Without Prepayment of Fees Be Denied," which related to Plaintiff Abel Simeona Lui's IFP application, were filed and served on all parties. Doc. No. 9 ("7/26/11 F&R").

No party has filed an objection to the 7/13/11 F&R or to the 7/26/11 F&R,[1] and the Court cannot find clear error on

---

[1] Plaintiff Phua paid the Court's filing fee on August 8, 2011, and also submitted myriad uncertified documents apparently from two related state court cases.

the face of the record with respect to these unobjected to findings and recommendations.  See Stow v. Murashige, 288 F. Supp. 2d 1122, 1127 (D. Haw. 2003).  Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, both the 7/13/11 F&R and the 7/26/11 F&R are adopted as the opinions and orders of this Court.[2/]

       IT IS SO ORDERED

       DATED: Honolulu, Hawai'i, August 12, 2011.



                                 _____
                                 Alan C. Kay
                                 Sr. United States District Judge

Heirs of Timeteo Keawe v. Edmund Olson Trust II, et al., Civ. No. 11-00396 ACK-RLP: Order Adopting Magistrate Judge's Findings and Recommendations.

---

    [2/] The Court notes that based on Plaintiff Phua's August 8, 2011 filings, it is questionable that removal is merited.  Also, the Court is concerned that two state court cases have been removed and assigned a single case number in this Court.